# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| MARC EMMERICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:07-cv-470 |
| ) | (Phillips) |
| S&K FAMOUS BRANDS, INC., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT ON DECISION BY THE COURT

The case came before the court on defendant's motion to dismiss. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendant's motion,

**IT IS ORDERED AND ADJUDGED** that the defendant's motion to dismiss [Doc. 4] is **GRANTED**, whereby this action is **DISMISSED WITH PREJUDICE** on the merits.

**IT IS SO ORDERED**.

**ENTER:**

                           s/ Patricia L. McNutt
                                Clerk of Court